ALFONSE KAUFMAN, Respondent, v. BACLAN REALTY CORPORATION (Formerly DONOVAN ESTATES, INC.), Defendant, Impleaded with MARGARET G. DOWLING, as Ancillary Executrix, etc., of WALTER J. M. DONOVAN, Appellant. PATERNO, BOSTWICK & TANGREDI, INC., Respondent, v. MARGARET G. DOWLING, as Ancillary Executrix of WALTER J. M. DONOVAN, Deceased, etc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS IANNO, Appellant, v. WARDEN OF PENITENTIARY, Respondent.— Order affirmed. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

FREDERICK W. GRIFFITHS, Respondent, v. ASSOCIATED GAS AND ELECTRIC COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

STANDARD MAGAZINES, INC., and Others, Respondents, v. ADVENTURE HOUSE, INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.; Martin, J., dissents and votes for affirmance.

A. SANTINI & SONS, INC., Respondent, v. V. SANTINI, INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

NEW YORK TITLE AND MORTGAGE COMPANY in Rehabilitation, Appellant, v. ONE SEVENTY-SECOND AVENUE CORPORATION and Others, Defendants. WALTER B. JOHNSTON and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.; Martin and O'Malley, JJ., dissent and vote for affirmance.

UNDERWRITERS TRUST COMPANY, Respondent, v. CHARLES F. DROSTE, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

MARIE L. WALSH, Appellant, v. JOHN I. WALSH, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

THE BROOKLYN SAVINGS BANK, Appellant, v. LEON J. NEUMANN and Others, Defendants, Impleaded with 329 EAST FORTY-SEVENTH STREET REALTY CORPORATION and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

ETHEL LEVIN, Appellant, v. MORRIS E. JEMING, Respondent.— Order modified by granting motion as to items 6, 7 and 8 of the notice of motion, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.